IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MITAL PATEL. as Special Administrator of the Estate of ANKIT PATEL, deceased, )))) | |
| Plaintiff ) | |
| V. ) | CASE NO. 2021L002510 |
| ) | |
| YRC, INC., Individually, and as an Employer and principal of THOMAS R. JACOBS, and THOMAS R. JACOBS, Individually, and as an employee and agent of YRC, INC, )))))) | |
| ) | Jury Trial Requested |
| Defendants. ) | |

FILED DATE: 3/4/2021 12:32 PM  2021L002510

## COMPLAINT AT LAW

NOW COMES Plaintiff MITAL PATEL as Special Administrator of the Estate of

ANKIT PATEL, deceased, by and through her attorneys, Jauregui and Associates, P.C.,

complaining of defendants, YRC, INC., and THOMAS R. JACOBS, states and alleges as

follows:

**Facts Common to All Counts**

1.      At all times relevant herein, plaintiff decedent was a resident of Carol Stream, State of

Illinois.

2.      On or about December 12, 2020, the Defendant, YRC, Inc. ("YRC"), was a motor carrier

operating within the State of Illinois.

3.      At all relevant times herein, defendant YRC was a corporation licensed to do business in

the State of Illinois, and has CT Corporation System as its registered agent with an address located

at 208 South LaSalle Street, Suite 814, Chicago, County of Cook, State of Illinois.

1


EXHIBIT
A

FILED DATE: 3/4/2021 12:32 PM   2021L002510

4.     At all relevant times herein, the Defendant, YRC, a Motor Carrier, was subject to the rules and regulations of the United States Department of Transportation and the Federal Motor Carrier Safety Administration, codified in Title 49 of the Code of Federal Regulations, parts 300-399 and related parts.

5.     Defendant YRC is a transportation corporation and all relevant times herein, was engaged in the business of commercial transportation throughout the United Sates, including the County of Cook, State of Illinois.

6.     Upon information and belief and at all times relevant herein, the Defendant, THOMAS R. JACOBS ("JACOBS"), was a resident the County of Cook, State of Illinois.

7.     At all times relevant herein, defendant JACOBS was a professional motor carrier driver operating a tractor-trailer within the State of Illinois.

8.     At all times relevant herein, defendant JACOBS was hauling a large container with a load of merchandize at the time of the collision.

9.     Upon information and belief, defendant YRC maintains several cargo facilities throughout the State of Illinois, including a major transportation hub at 200 E. Lincoln Highway, Chicago, Heights, County of Cook, State of Illinois.

10.    At all relevant times herein, the Defendant, JACOBS, was subject to the rules and regulations of the United States Department of Transportation and the Federal Motor Carrier Safety Administration, codified in Title 49 of the Code of Federal Regulations, parts 300-399 and related parts.

11.    At all relevant times herein, statute 625 ILCS 5/18b-105, was in force and effect in the state of Illinois and incorporating by reference, *inter alia*, Parts 383, 384, 390, 391, 392, 393, 395, and

2

FILED DATE: 3/4/2021 12:32 PM   2021L002510

356 of the Federal Motor Carrier Safety Regulations.

12.     On or about December 12, 2020, and at all relevant times herein, defendant YRC was the owner of a 2016 Volvo tractor-trailer ("tractor-trailer"), Vin No. 4V4M19EG8GN962766, US DOT Number 071821.

13.     On or about December 12, 2020, at approximately 10:55 pm, the Defendant YRC's tractor-trailer was being driven and operated by its agent and servant, Defendant JACOBS, southbound on Interstate 294 near mile marker 38, near the town of Leyden Township, County of Cook, State of Illinois, near the vehicle which the Plaintiff decedent ANKIT PATEL ("PATEL") was operating.

14.     On or about December 12, 2020, at the foregoing time and place, the Plaintiff decedent ANKIT PATEL, was operating his vehicle, a passenger car, 2016 Mercedes – M Class, south bound on Interstate 294 near mile marker 38.

**COUNT I: Wrongful Death - Negligence against YRC, Inc. (*Respondeat Superior*)**

15.     The Plaintiff hereby adopts and re-alleges paragraphs 1-14 as though fully set forth herein.

16.     At all relevant times herein, Defendant JACOBS was operating the tractor-trailer under the authority and control of his employer or contractor, of defendant YRC.

17.     At said time and place, Defendant JACOBS was operating the tractor-trailer with the consent and authorization of Defendant YRC.

18.     At said time and place, Defendant JACOBS was operating the tractor-trailer in the course and scope of his employment with defendant YRC.

19.     At said time and place, it was the duty of the Defendant, YRC, by and through its agent or employee Defendant JACOBS, to own, operate, maintain, and control its tractor-trailer in a manner

3

so as not to negligently cause injury to persons lawfully on the public way, including the Plaintiff, ANKIT PATEL.

20.     Notwithstanding the foregoing duty, the Defendant, YRC, by and through its agent or employee Defendant JACOBS, did own, operate, maintain, and control the tractor-trailer in a dangerous and negligent manner in one or more of the following ways:

a)      Failed to operate the tractor-trailer at a speed which was greater than reasonable and proper, in violation of 625, ILCS 5/11-601;

b)      Failed to use defensive techniques/maneuvers to avoid the collision;

c)      Failed adhere to certain rules and regulations codified in 49 CFR 300, Parts, 384, 390, 391, 392, 393, 395, and 396, including failing to reduce speed and exercise caution in hazardous weather conditions;

d)      Failed to possess the knowledge and skill to operate and maintain the tractor-trailer in a reasonably safe manner in violation of certain rules codified at 49 CFR 300 et seq.;

e)      Failed to use the same care and caution that a reasonably prudent person would have exercised under the same or substantially similar circumstances all in violation of certain rules and regulations codified at 49 CFR 300, Parts, 384, 390, 391, 392, 393, 395, and 396.

f)      Failed to adequately and properly keep a proper lookout for other vehicles upon the highway;

g)      Failed to make sure the tractor-trailer had adequate brakes, in violation of the provisions set forth at 625 ILCS 5/12-301;

h)      Failed to decrease his speed so as to avoid hitting other vehicles on the roadway in violation of 625 ILCS 5/11-601;

i)      Failed to give audible warning with the horn when such warning was reasonably necessary to ensure safety, in violation of 625 ILCS 5/12-610; and

j)      Failed to avoid striking the vehicle operated by the Plaintiff;

21.     As direct and proximate result of one or more of the foregoing acts of negligence, the

4

FILED DATE: 3/4/2021 12:32 PM    2021L002510

FILED DATE: 3/4/2021 12:32 PM   2021L002510

tractor-trailer owned by the Defendant YRC did violently collide with the vehicle operated by the Plaintiff decedent, ANKIT PATEL, and as a result thereof, the Plaintiff did suffer serious and catastrophic injuries resulting in his death at the scene of the collision on December 12, 2020.

22.    At the time of his death, plaintiff decedent, ANKIT PATEL, left surviving his next of kin under the Illinois Wrongful Death Act, his mother, Mital Patel.

23.    Mital Patel has been appointed as Special Administrator of the Estate of ANKIT PATEL for pecuniary injuries pursuant to the Illinois Wrongful Death Statute, 740 ILCS 180/2.1, et seq.

WHEREFORE, the Plaintiff, Mital Patel, Special Administrator of the Estate of ANKIT PATEL, deceased, demands judgment against defendant YRC, Inc., in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and costs.

**COUNT II:    Wrongful Death - Direct Negligence against defendant YRC, Inc.**

15.    The Plaintiff hereby adopts and re-alleges paragraphs 1-14 as though fully set forth herein.

16.    The Defendant, YRC, had the duty to act reasonably in hiring and retaining Defendant THOMA R. JACOBS to operate the tractor-trailer.

17.    The Defendant, YRC, had the duty to promulgate and enforce rules and regulations to ensure its drivers, including defendant JACOBS, operate the tractor trailer in a safe manner at all times and in accordance with United States Department of Transportation and the Federal Motor Carrier Safety Administration's regulations codified in Title 49 CFR, Parts 300-399 and related parts.

18.    The Defendant, YRC, had the duty to ensure that all its vehicles, including the tractor-trailer, were reasonably safe and in compliance with all applicable state and federal laws.

19.    Notwithstanding the foregoing duties, the Defendant, YRC, by and through its agents and

FILED DATE: 3/4/2021 12:32 PM   2021L002510

employees, did breach said duties in one or more of the following ways:

a)   Failed to properly train and/or instruct JACOBS to slow or stop the tractor-trailer when danger to the Plaintiff was imminent;

b)   Failed to adequately train and/or instruct JACOBS with the knowledge and skill to operate and maintain the tractor-trailer in a reasonably safe manner in violation of certain rules and regulations codified in 49 CFR 300 et seq.

c)   Failed to require JACOBS to adhere to certain rules and regulations codified in 49 CFR 300, Parts, 384, 390, 391, 392, 393, 395, and 396, including failing to reduce speed and exercise caution in hazardous weather conditions;

d)   Failed to adequately train JACOBS when such training would have provided JACOBS with the knowledge and skill to operate and maintain the tractor-trailer in a reasonably safe manner in violation of certain rules codified at 49 CFR 300 et seq.

e)   Failed to use the same care and caution that a reasonably prudent company would have exercised under the same or substantially similar circumstances all in violation of certain rules and regulations codified at 49 CFR 300, Parts, 384, 390, 391, 392, 393, 395, and 396.

f)   Failed to adequately and properly train JACOBS on how keep a proper lookout for other vehicles upon the highway;

g)   Failed to equip the tractor-trailer with adequate brakes, in violation of the provisions set forth at 625 ILCS 5/12-301;

h)   Failed to train and/or instruct JACOBS to decrease speed so as to avoid hitting other vehicles on the roadway in violation of 625 ILCS 5/11-601;

i)   Failed to train/and or instruct JACOBS to give audible warning with the horn when such warning was reasonably necessary to ensure safety, in violation of 625 ILCS 5/12-610;

j)   Failed to avoid striking the vehicle operated by the Plaintiff;

k)   Failed to adhere to certain rules and regulations codified in 49 CFR 300 *et seq.*, including failing to reduce speed and exercise caution in hazardous weather conditions; and

l)   Failed to properly maintain the tractor-trailer, including but not limited to adequate brakes.

6

FILED DATE: 3/4/2021 12:32 PM  2021L002510

20.     As direct and proximate result of one or more of the foregoing acts of negligence, the tractor-trailer owned by the Defendant YRC, Inc., did violently collide with the vehicle operated by the Plaintiff decedent, ANKIT PATEL, and as a result thereof, the Plaintiff did suffer serious and catastrophic injuries resulting in his death at the scene of the collision on December 12, 2020.

21.     At the time of his death, plaintiff decedent, ANKIT PATEL, left surviving his next of kin under the Illinois Wrongful Death Act, his mother, Mital Patel.

22.     Mital Patel has been appointed as Special Administrator of the Estate of ANKIT PATEL for pecuniary injuries pursuant to the Illinois Wrongful Death Statute, 740 ILCS 180/2.1, et seq.

WHEREFORE, the Plaintiff, Mital Patel, Special Administrator of the Estate of ANKIT PATEL, deceased, demands judgment against defendant YRC, Inc, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and costs.

### COUNT III:  Wrongful Death-Negligence against THOMAS R. JACOBS

15.     The Plaintiff hereby adopts and re-alleges paragraphs 1-14 as though fully set forth herein.

16.     At all relevant times herein, it was the duty of Defendant JACOBS, to operate, maintain, and control the tractor-trailer in a manner so as not to negligently cause injury to persons lawfully on the public way, including the Plaintiff decedent, ANKIT PATEL.

17.     Notwithstanding the foregoing duty, the Defendant, JACOBS, did operate, maintain, and control his tractor-trailer in a dangerous and negligent manner in one or more of the following ways:

    a)     Operated the tractor-trailer at a speed which was greater than reasonable and proper for conditions prevailing, in violation of 625 ILCS 5/11-601;

    b)     Failed to keep a proper lookout for vehicles upon the highway;

7

FILED DATE: 3/4/2021 12:32 PM  2021L002510

c)   Failed to maintain control of the tractor-trailer in order to avoid a collision with the vehicle operated by Plaintiff;

d)   Failed to properly use his brakes so as to avoid striking the vehicle operated by the Plaintiff;

e)   Failed to slow or stop his tractor-trailer when danger to the Plaintiff was imminent;

f)   Failed to follow certain rules and regulations codified in 49 CFR 300 *et seq.*, including failing to reduce speed and exercise caution in hazardous weather conditions;

g)   Failed to give audible warning with the horn when such warning was reasonably necessary to ensure safety, in violation of 625 ILCS 5/12/-601;

h)   Failed to take evasive measures so as to avoid colliding with plaintiff's vehicle;

i)   Failed to properly maintain his tractor-trailer, including but not limited to adequate brakes;

18.   As direct and proximate result of one or more of the foregoing acts of negligence, the tractor-trailer operated by Defendant JACOBS did violently collide with the vehicle operated by the Plaintiff decedent, ANKIT PATEL, and as a result thereof, the Plaintiff did suffer serious and catastrophic injuries resulting in his death at the scene of the collision on December 12, 2020.

19.   At the time of his death, plaintiff decedent, ANKIT PATEL, left surviving his next of kin under the Illinois Wrongful Death Act, his mother, Mital Patel.

20.   Mital Patel has been appointed as Special Administrator of the Estate of ANKIT PATEL for pecuniary injuries pursuant to the Illinois Wrongful Death Statute, 740 ILCS 180/2.1, et seq.

8

FILED DATE: 3/4/2021 12:32 PM   2021L002510

WHEREFORE, the Plaintiff, Mital Patel, Special Administrator of the Estate of ANKIT

PATEL, deceased, demands judgment against defendant THOMAS R. JACOBS, in an amount in

excess of FIFTY THOUSAND DOLLARS ($50,000.00) and costs.

Respectfully submitted,

By: _____

Arturo Jauregui

Jauregui & Associates
Attorneys for Plaintiff
1545 W. 18th Street
Chicago, Illinois 60606
(312) 781-9103
ajauregui@pilsenlawcenter.com
Attorney No. 37050

Governor | General Assembly | Courts | Elected Officials | State Agencies

---

**Department of State: Division of Corporations**

---

Allowable Characters

| HOME | Entity Details |
|------|----------------|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | **473705** | Incorporation Date / Formation Date: | **2/15/1954** (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | **YRC INC.** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| Name: | **THE CORPORATION TRUST COMPANY** | | |
|---|---|---|---|
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE ST** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **302-658-7581** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]          [ New Entity Search ]

---

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov



EXHIBIT
B

○ JSDOT Number   ○ MC/MX Number   ○ Name

Enter Value: 71821

[ Search ]

## *Company Snapshot*

**YRC INC**
USDOT Number: 71821

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 04/20/2021.**

**To find out if this entity has a pending insurance cancellation, please click here.**

| Other Information for this Carrier |
|---|
| ▼ SMS Results |
| ▼ Licensing & Insurance |

| | | | |
|---|---|---|---|
| **Entity Type:** | CARRIER/BROKER | | |
| **Operating Status:** | AUTHORIZED FOR PROPERTY | **Out of Service Date:** | None |
| **Legal Name:** | YRC INC | | |
| **DBA Name:** | YRC FREIGHT | | |
| **Physical Address:** | 10990 ROE AVENUE OVERLAND PARK, KS  66211 | | |
| **Phone:** | (913) 696-6100 | | |
| **Mailing Address:** | 10990 ROE AVENUE OVERLAND PARK, KS  66211 | | |
| **USDOT Number:** | 71821 | **State Carrier ID Number:** | |
| **MC/MX/FF Number(s):** | FF-4268 MC-2202 | **DUNS Number:** | 69-983-97 |
| **Power Units:** | 7,522 | **Drivers:** | 9,107 |
| **MCS-150 Form Date:** | 01/29/2020 | **MCS-150 Mileage (Year):** | 465,022,141 (2019) |

**Operation Classification:**

| | | |
|---|---|---|
| X Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| X Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| X General Freight | X Liquids/Gases | X Chemicals |
| X Household Goods | X Intermodal Cont. | X Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | X Beverages |
| Drive/Tow away | Livestock | X Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | x Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| x Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |


EXHIBIT
C



EXHIBIT

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

**INVESTIGATING AGENCY:** Elwood Police Department

**ADDRESS NO.** 27142 **HIGHWAY OR STREET NAME:** BASELINE RD

☐ AT INTERSECTION WITH

FT / MI (CIRCLE) N S E W

(CIRCLE) N S E W (NAME OF INTERSECTION OR ROAD FEATURE)

**AGENCY CRASH REPORT NO.** 2019-00078

* X0014528001 *

| | DRVR | PED# | TYPD | TFRC | WEAT | DRVA | VIS | VEH | LGHT | COLL | MANV | PPA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNIT 1 | 1 | U1 | 12 | 4 | 1 | 5 | 1 | 99 | 4 | 10 | 3 | U1 | U1 | U1 |
| UNIT 2 | 1 | U1 | | | | 2 | 1 | 99 | | | | U2 | U2 | U2 |

**TYPE OF REPORT:** ☐ On Scene ☐ Amended ☑ City ☐ County ☐ Township

**INTERSECTION RELATED** ☑ YES ☐ NO
**PRIVATE PROPERTY** ☐ YES ☑ NO
**HIT & RUN** ☐ YES ☑ NO

☐ B Injury and / or Tow Due To Crash ☐ A At Hwy / Drive Away

**DAMAGE TO ANY ONE PERSON'S VEHICLE/PROPERTY:** ☐ $500 OR LESS ☐ $501 - $1,500 ☑ OVER $1,500

---

## UNIT 1

**NAME:** ALFARO, FRANCIS
☑ DRIVER ☐ PARKED-NO DRIVER ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV

**STREET ADDRESS:** 12202 N 15TH ST APT 506

**CITY:** TAMPA **STATE:** FL **ZIP:** 33612

**TELEPHONE:** (787) 224-8953

**DRIVER LICENSE NO.** A41625687/2980 **STATE:** FL **CLASS:** A

**TAKEN TO:** Refused **EMS AGENCY:** Refused

**DATE OF BIRTH:** 8/18/1987 mo. day yr.

**SEX** M **SAFT** 9 **AIR** 4 **EJECT** **INJURY** O **CLASS** 1

**NAME:** FREIGHTLINER **MODEL:** TRUCK TRACTOR **YEAR:** 2014

**VIN:** 1FUGGLDSXELR3657 **STATE:** IN

**OWNER (LAST, FIRST, M.I.):** SCHNEIDER NATIONAL

**OWNER ADDRESS (STREET, CITY, STATE, ZIP):** 7101 W 17TH AVE GARY, IN, 46406

**TELEPHONE:** (787) 224-8953

**INSURANCE CO.:** Old Republic Ins. Co.
**POLICY NO.:** MWTT312854

**DATE OF CRASH:** 2/8/2019 **CIRCLE DAY OF WEEK:** SU MO TU WE TH (FR) SA
**TIME:** 6:05 ☐ AM ☑ PM

**CIRCLE NUMBER(S) FOR DAMAGED AREA(S)**
00 - NONE
01 - UNDER CARRIAGE
11 - TOTAL (ALL AREAS)
12 - OTHER
99 - UNKNOWN
**POINT OF FIRST CONTACT:** 7

**NUMBER MOTOR VEHICLES INVLD:** 2

**LANE CODE**

**CONTRIBUTORY CAUSE(S) PRIMARY:** 06
**SECONDARY:** 02

**POSTED SPEED LIMIT:** 35

**DATE POLICE NOTIFIED:** 2/8/2019
**TIME NOTIFIED:** 6:05 ☐ AM ☑ PM

**COURT DATE:** 3/8/2019 **COURT TIME:** 9:00 ☐ AM ☑ PM

**CITATION NO.:** 016000110
**CITATION NO.:** 016000115

**TOWED DUE TO CRASH** Y N
**FIRE** ☐ ☑
**HAZMAT SPILL** ☐ ☑
**COM VEH** ☑ ☐ **IY002**

**VEHU:** 20 **RDSF:** 7 **BMC:** 96 **U2 NO. OCCS:** 96

**TRPW:** 1 **VEH?:** 1 **U1:** 1 **NO.LANES:** 5 **ALIGN:** 1 **PSUR:** 1 **VEHU:** 1 **U1:** 20

---

## UNIT 2

**NAME:** ANDERSON, BOBBI L
☑ DRIVER ☐ PARKED-NO DRIVER ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV

**STREET ADDRESS:** 604 ELMWOOD AVE

**CITY:** JOLIET **STATE:** IL **ZIP:** 60433

**TELEPHONE:** (815) 545-2909

**DRIVER LICENSE NO.** A536-0727-0617 **STATE:** IL **CLASS:** D

**TAKEN TO:** SILVER CROSS HOSPITAL **EMS AGENCY:** ELWOOD FIRE

**DATE OF BIRTH:** 1/11/1970 mo. day yr.

**SEX** F **SAFT** 9 **AIR** 4 **EJECT** **INJURY** 1 **CLASS** 1

**NAME:** TOYOTA **MODEL:** CAMRY **YEAR:** 1995

**VIN:** AP91128 **VIN:** 1NYAE09B5FZ284455 **STATE:** IL

**OWNER (LAST, FIRST, M.I.):** ANDERSON, BOBBI L

**OWNER ADDRESS (STREET, CITY, STATE, ZIP):** 604 ELMWOOD AVE JOLIET, IL 60433

**TELEPHONE:** (815) 545-2909

**INSURANCE CO.:** None
**POLICY NO.:** NONE

**DATE OF CRASH:** **CIRCLE DAY OF WEEK:**
**TIME:**

**POINT OF FIRST CONTACT:** 1

---

**PROPERTY OWNER NAME:** **DAMAGED PROPERTY OWNER NAME:**

**PROPERTY OWNER ADDRESS:** **DAMAGED PROPERTY**

**CITY** **STATE** **ZIP**

**ARREST NAME:** ALFARO, FRANCIS **SECTION:** 5/11-902 **SECTION:** 3-707(A)
**ARREST NAME:** ANDERSON, BOBBI L

**SEAT/DIST.**

**OFFICER I.D.** 204 **SIGNATURE:** Ken Jaburek **SUPERVISOR ED.** Andrew Anderson, 104

Trailer owned by SW housing, Inc.
shipment to SNC.

EXHIBIT E



**A. Diagram and Narrative** are required on all Type B crashes, even if units have been moved prior to the officer's arrival.

Interstate 294 SB @ Mile Post 38

Final rest of both vehicles was located partially on the right shoulder and right ditch.

Unit #1

Unit #2

Unit #1 was traveling in Lane #1 before losing control of his vehicle and sliding into Lane #3

**NARRATIVE: (Refer to vehicle by Unit No.)**

On 12/11/2020 at approximately 11:55 PM, Unit #1 and Unit #2 were traveling southbound on Interstate 294 at mile post 38. Unit #1 was traveling in lane #1 and Unit #2 stated as he was traveling in lane #3. The driver of Unit #2 stated as he was traveling forward in lane #3 he observed Unit #1 lose control of his vehicle as he was traveling in lane #1. The driver of Unit #2 stated that the driver of Unit #1 spun and crossed through lanes 1, 2, and 3 causing the driver's side of Unit #1 to strike the front bumper of Unit #2. Both Unit #1 and #2 came to a final rest on the right side of the roadway. The driver of Unit #2 stated after he crashed his vehicle as both Unit #1 and Unit #2 were engulfed in flames after striking a light pole on the right side of the roadway due to the crash. The driver of Unit #1 was unable to exit his vehicle and was pronounced dead at the scene of the crash at 01:23 by Dr. Boykin of Loyola Medical Center. The passenger of Unit #1 was able to exit the vehicle and was transported by Rosemont Fire and EMS to AMITA Health Resurrection Medical Center with non-life threatening injuries. While speaking to the passenger of Unit #1 before he was transported to the hospital, he stated that him and Unit #1 had been drinking before getting on the Interstate but could not tell residence. The driver of Unit #2 reported no injuries at the time of this report and signed a refusal rejecting medical treatment. The Cook County Medical Examiner was contacted and given the information from the crash. Coroner Mason #91 gave a Medical Examiners report number of ME2020-14618. A MCS Inspection was completed at the scene by Windy City Towing and Unit #2 was towed from the scene by Lin-Mar Towing. A MCS Inspection was completed by Trooper Ness #4800. Inspection # IL082482O196 Crash Reconstruction Officer Trooper Moreno #5351 took measurements and photographs. Next of Kin was notification (Ankit K Patel) was made to the mother and grandmother by Trooper Jeremiah Mitchell #6800. No further investigation. End of report.

**LOCAL USE ONLY**

| U 1 Color | BLACK | U 2 Color | WHITE |
| --- | --- | --- | --- |
| U 1 Towed due to: | ☒ Disabling Damage | U 2 Towed due to: | ☒ Disabling Damage |
| | ☐ NOT Disabling Damage | | ☐ NOT Disabling Damage |
| U 2 Towed to: | Leyden (Windy City) Towing / Leyde | | Lin-Mar Motors / Lin-Mar Motors |

| | Damage Extent: | 3 | Towed by / to | | Damage Extent: | 3 | Towed by / to |

**LARGE TRUCK, BUS, OR HM VEHICLE**

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A.
ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds, (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter – usually a van-type vehicle or passenger car); or
4. Is used or designated to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

CARRIER NAME: **YRC INC.**

ADDRESS: **10990 ROE AVE**

CITY/STATE/ZIP: **OVERLAND PARK / KS / 66216**

Motor Carr. ID: ☒ Interstate   ☐ Intrastate   ☐ Not in Comm./Govt.

USDOT NO. **71821**   ILCC NO. _____

| Source of above info: | ☒ Side of Truck | ☐ Papers | ☐ Driver | ☐ g Book |

GVWR/GCWR: ☐ < 10,000   ☒ 10,000 - 26,000   ☐ > 26,000

Were HAZMAT placards displayed on the vehicle? ☐ Y ☒ N

If yes, name or placard

4-digit UN no. _____   1-digit Hazard Class no. _____

Did HAZMAT spill from the vehicle (do NOT consider FUEL from the vehicle's own tank)? ☐ Y ☐ N ☒ UNK

Did HAZMAT Regulations violation contribute to the crash? ☐ Y ☐ N ☒ UNK

Did Carrier Safety Regulations (HCS) violation contribute to the crash? ☐ Y ☐ N ☒ UNK

Was a driver/vehicle Examination Report Form completed?

| | Y | N | UNK | Out of Service? | | Y | N | UNK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| HAZMAT | ☐ | ☒ | ☐ | Out of Service? | | ☐ | ☒ | ☐ |
| MCS | ☒ | ☐ | ☐ | Out of Service? | | ☐ | ☒ | ☐ |

Form No. **IL082482O196**

IDOT PERMIT NO. _____

TRAILER UN 1 _____   WIDE LOAD? ☐ Y ☒ N

TRAILER UN 2 _____

TRAILER WIDTH(S): ☐ ≤ 96"   ☒ 97.102"   ☐ > 102"

| | TRAILER 1 | | TRAILER 2 |
| --- | --- | --- | --- |
| TRAILER LENGTH(S) | 40 | ft | ft |
| TOTAL VEHICLE LENGTH | 59 | ft | |

VEHICLE IDENTIFICATION NO. 1: **1JJV532W08L172470**

SELECT CODES FROM BACK COVER OF CRASH BOOKLET:

| | TRAILER 1 | | TRAILER 2 |
| --- | --- | --- | --- |
| NO. OF AXLES | 5 | | |

VEHICLE CONFIGURATION: **3**

CARGO BODY TYPE: **9**   LOAD TYPE: **5**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

|  |  |  |
|---|---|---|
| MITAL PATEL. as Special Administrator of the Estate of ANKIT PATEL, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| V. | ) | CASE NO. 2021L2510 |
| YRC, INC. and THOMAS R. JACOBS, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING

**TO:**   Robert Golden
          Dowd & Dowd
          227 W. Monroe St. Ste 2650
          Chicago IL 60606
          rgolden@dowdanddowd.com

   **PLEASE TAKE NOTICE** that on April 1, 2021, the undersigned e-filed with the Clerk of the Circuit Court of Cook County this Notice certifying that he served upon the defendant the following documents :

## WAIVER OF SUMMONS PURSUANT TO 735 ILCS 5/2-213

     By: _/s/ Arturo Jauregui_
     JAUREGUI & ASSOCIATES, P.C.
     1545 W. 18th Street
     Chicago, Illinois  60608
     (312)781-9103
     Firm No. 37050
     ajauregui@pilsenlawcenter.com

### CERTIFICATE OF SERVICE

   I, the undersigned, a non-attorney, certify that this notice was served to each person to whom it is directed by emailing a copy from the Law Offices of Jauregui and Associates, located at 1545 W. 18th St. Chicago, IL on April 1, 2021.

          /s/ Paola Hernandez

[x]   Under penalties as provided by law pursuant to ILL.REV.STAT. CHAP 110 SEC 1-109, I certify that the statements set forth herein are true and correct.


EXHIBIT
F

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

|  |  |  |
|---|---|---|
| MITAL PATEL. as Special Administrator of the Estate of ANKIT PATEL, deceased, | ) ) ) ) ) | |
| Plaintiff | ) | |
| V. | ) ) | CASE NO. 21L2510 |
| YRC, INC., Individually, and as an Employer and principal of THOMAS R. JACOBS, and THOMAS R. JACOBS, Incividually, and as an employee and agent of YRC, INC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**WAIVER OF SUMMONS PURSUANT TO 735 ILCS 5/2-213**

TO:     YRC, Inc. Individually, and as an employer
        and principal of Thomas R. Jacobs

        You are hereby summoned and required to appear before this court at the Daley Center, Chicago, Illinois to file an answer to the complaint in this case, a copy of which is attached, by May 1, 2021. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

TO:     Defendant's Representative:
        Robert Golden, Esq.
        Dowd & Dowd
        227 W. Monroe St. Ste 2650
        Chicago, Illinois   60606

        This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.

        Witness _____

(Seal of Court)

                                        _____

                                        Clerk of Court

Plaintiff's Attorney (or plaintiff, if he is not represented by attorney)

Arturo Jauregui _____

Address: 1545 W. 18th Street _____
Telephone No.(312)781-9103 _____
Fax (312)781-9203 _____
ajauregui@pilsenlawcenteter.com _____

(If service by facsimile transmission will be accepted, the telephone number of the plaintiff or
plaintiff's attorney's facsimile machine is additionally required.)

Date of service _____, 20___ (to be inserted by officer on copy left with defendant
or other person).